U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
9:45 AM
1-26-20 09
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| REBECCA CONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: CV507-059 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report wherein he recommended the decision of the Commissioner of the Social Security Administration be affirmed. In her Objections, Plaintiff contends the jobs the vocational expert said Plaintiff could perform all required General Education Development levels which exceed her abilities in some areas. Plaintiff also contends the burden shifted to the Administrative Law Judge Stables ("ALJ" or "ALJ Stables") to show she could perform other jobs in the national economy because he found she could not perform her past relevant work. Plaintiff further contends no evidence was shown that she could meet all the intellectual requirements of these jobs. Plaintiff asserts the evidence clearly demonstrates she has struggled intellectually, which cannot support ALJ Stables' determination she can do semi-skilled and/or unskilled jobs she has never done before. Plaintiff also asserts the ALJ "allowed the Commissioner to get away with" not having the consultative orthopedic physician perform x-rays on her, despite the orders for these x-rays. (Doc. No. 27, p. 7).

The ALJ's determination that Plaintiff is not disabled, as there are jobs in the national economy she can perform, is supported by substantial evidence. Even if some of the evidence is contrary to this finding, ALJ Stables' determination, nevertheless, is supported by substantial evidence. This Court sits as a reviewing court only and must not substitute its judgment for that of the ALJ. See Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005).

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 26 day of August, 2008.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE